IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EPIC GAMES, INC., <br><br>                Plaintiff, <br><br>    v. <br><br>Hayden COHEN, <br><br>                Defendant. | 5:26-CV-00135 |

## NOTICE OF APPEARANCE OF CARMELLE F. ALIPIO

PLEASE TAKE NOTICE that the undersigned, Carmelle F. Alipio, of the firm Williams Mullen, a member in good standing of the North Carolina Bar and admitted to practice before this Court, does hereby enter an appearance on behalf of Plaintiff Epic Games, Inc., in this matter. By this Notice of Appearance, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence and other filings submitted in connection with this matter.

This the 5th of March, 2026.

                                                              WILLIAMS MULLEN

                                                              By: */s/ Carmelle F. Alipio*
                                                              Carmelle F. Alipio
                                                              NC Bar No. 54738
                                                              PO Box 1000
                                                              Raleigh, NC 27602-1000
                                                              Tel: (919) 981-4000
                                                              Fax: (919) 981-4300
                                                              Email: calipio@williamsmullen.com

                                                              *Attorney for Plaintiff Epic Games, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this day, the 5th of March, 2026, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

WILLIAMS MULLEN

By: */s/ Carmelle F. Alipio*
Carmelle F. Alipio
NC Bar No. 54738
PO Box 1000
Raleigh, NC 27602-1000
Tel: (919) 981-4000
Fax: (919) 981-4300
Email: calipio@williamsmullen.com

*Attorney for Plaintiff Epic Games, Inc.*