**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

EPIC GAMES, INC.,

               Plaintiff,

    v.

HAYDEN COHEN,

               Defendant.

Civil Action No. 5:26-CV-135-BO-RN

**CONSENT MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, Plaintiff Epic Games, Inc. ("Epic"), with consent of Defendant Hayden Cohen ("Defendant"), respectfully moves the Court to extend the time for Defendant to respond to Epic's Complaint (Dkt. 1) to May 26, 2026.

In support of this Motion, Epic states:

1. Epic filed its Complaint on March 5, 2026 (Dkt. 1).

2. Epic sent a request to Defendant to waive service on March 13, 2026, and Defendant waived service. (Dkt. 6).

3. Defendant's response to the Complaint is currently due on May 12, 2026.

4. Epic and Defendant are exploring the possibility of settling this case and need additional time to continue their negotiations.

5. The parties have conferred and Defendant consents to this Motion and the relief sought herein.

6. This request for extension of time is made in good faith and not to delay this matter. No party will be prejudiced by the extension or will argue that the extension constitutes an undue delay.

**WHEREFORE** Epic, with the consent of Defendant, respectfully requests that the Court enter an order extending the time for Defendant to respond to Epic's Complaint through and including May 26, 2026.

Dated: May 12, 2026

Respectfully submitted,

By: */s/ Robert C. Van Arnam*
**WILLIAMS MULLEN**
Robert C. Van Arnam (N.C. 28838)
Carmelle F. Alipio (N.C. 54738)
301 Fayetteville St., Suite 1700
Raleigh, NC 27601
Telephone: 919-981-4000
Fax: 919-981-4300
rvanarnam@williamsmullen.com
calipio@williamsmullen.com

**PERKINS COIE LLP**
Katherine M. Dugdale, Bar No. 168014*
KDugdale@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Jacob P. Dini, Bar No. 54115*
JDini@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone:    206.359.8000
Facsimile:    206.359.9000

*Counsel for Plaintiff Epic Games, Inc.*
*Notice of Special Appearance forthcoming

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this day, the 12th day of May, 2026, the foregoing was served upon the

parties in this action through the Court's CM/ECF electronic filing system.

Respectfully submitted,

By: */s/ Robert C. Van Arnam*
**WILLIAMS MULLEN**
Robert C. Van Arnam (N.C. 28838)
Carmelle F. Alipio (N.C. 54738)
301 Fayetteville St., Suite 1700
Raleigh, NC 27601
Telephone: 919-981-4000
Fax: 919-981-4300
rvanarnam@williamsmullen.com
calipio@williamsmullen.com

3