# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 5:26-CV-135-BO-RN |
| HAYDEN COHEN, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

The matter is before the Court on Plaintiff Epic Games, Inc.'s Consent Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint. For good cause shown, the motion is **GRANTED** and Defendant is allowed to respond to Plaintiff's Complaint (Dkt. 1) through and including May 26, 2026.

This the ___ day of May, 2026.

By: _____
United States District Judge