# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>         Plaintiff, <br><br> v. <br><br> HAYDEN COHEN, <br><br>         Defendant. | Civil Action No. 5:26-CV-135-BO-RN |

## [PROPOSED] ORDER GRANTING SECOND CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

The matter is before the Court on Plaintiff Epic Games, Inc.'s Second Consent Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint. For good cause shown, the motion is **GRANTED** and Defendant is allowed to respond to Plaintiff's Complaint (Dkt. 1) through and including June 23, 2026.

This the ____ day of May, 2026.

By: _____
       United States District Judge

187429922.1

Case 5:26-cv-00135-BO-RN     Document 9-1     Filed 05/26/26     Page 1 of 1