| | |
|---|---|
| EPIC GAMES, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 5:26-CV-135-BO-RN |
| HAYDEN COHEN, | |
| Defendant. | |

**CONSENT MOTION FOR ENTRY OF STIPULATED
JUDGMENT AND ORDER FOR PERMANENT INJUNCTION**

Pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Plaintiff Epic Games, Inc. ("Epic"), with the consent of Defendant Hayden Cohen ("Defendant"), respectfully moves the Court for entry of the Stipulated Judgment and the Order for Permanent Injunction attached to this Motion.

In support of this Motion, Epic states:

1. Epic and Defendant have agreed to entry of the Stipulated Judgment in the form attached as Exhibit A hereto, and to move the Court for an Order for Permanent Injunction in the form attached as Exhibit B hereto.

2. Pursuant to this Stipulated Judgment, Defendant has permanently destroyed all of Epic's confidential or trade secret information in Defendant's possession, custody, or control.

3. The parties have conferred and Defendant consents to this Motion and the relief sought herein.

**WHEREFORE** Epic, with the consent of Defendant, respectfully requests that the Court enter the Stipulated Judgment and the Order for Permanent Injunction attached to this Motion as Exhibits A and B, respectively.

187490318.2

Dated: June 26, 2026

Respectfully submitted,

By: */s/Robert C. Van Arnam*
**WILLIAMS MULLEN**
Robert C. Van Arnam (N.C. 28838)
Carmelle F. Alipio (N.C. 54738)
301 Fayetteville St., Suite 1700
Raleigh, NC 27601
Telephone: 919-981-4000
Fax: 919-981-4300
rvanarnam@williamsmullen.com
calipio@williamsmullen.com

*Counsel for Plaintiff Epic Games, Inc.*

2

# **CERTIFICATE OF SERVICE**

I certify that on this day, the 26th day of June, 2026, the foregoing was served upon Defendant in this action via electronic mail.

By: */s/Robert C. Van Arnam*
WILLIAMS MULLEN

187490318.2