# EXHIBIT A

EPIC GAMES, INC.,

          Plaintiff,

    v.

HAYDEN COHEN,

          Defendant.

Civil Action No. 5:26-CV-135-BO-RN

## [PROPOSED] STIPULATED JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

### FINDINGS AND CONCLUSIONS

1. This is an action for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq.*, the North Carolina Trade Secrets Protection Act, N.C. Gen. Stat. § 66-152, *et seq.*, breach of contract, and violation of North Carolina Unfair Competition Law, N.C. Gen. Stat. § 75-1.1, *et seq.*

2. The Complaint alleges that Defendant Hayden Cohen ("Defendant"), operating under the aliases "AdiraFN" and "AdiraFNInfo" on the social media platforms X (formerly Twitter) and Discord, repeatedly misappropriated and publicly disclosed Epic's trade secret and confidential information regarding numerous upcoming and unannounced *Fortnite* content releases and collaborations to thousands of followers in violation of the Mutual Nondisclosure Agreement between Epic Games, Inc. ("Epic") and Defendant.

3. The Court has jurisdiction over the subject matter of the federal claims under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under federal law, including the Defend

187490727.2

Trade Secrets Act, 18 U.S.C. § 1836, *et seq.* The Court has supplemental jurisdiction over Epic's related state law claims under 28 U.S.C. § 1367(a).

4. Venue is proper in this Court under 28 U.S.C. § 1391(b).

5. The Court has personal jurisdiction over Defendant for the purposes of entry and enforcement of this Judgment.

6. Per Epic's Consent Motion, Defendant represents that he has permanently destroyed all of Epic's confidential or trade secret information in Defendant's possession, custody, or control.

## JUDGMENT

Based on Epic's Consent Motion, Defendant has stipulated to judgment and an injunction against him in this matter. Accordingly, judgment is entered in favor of Epic and against Defendant on Epic's claims for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq.*, the North Carolina Trade Secrets Protection Act, N.C. Gen. Stat. § 66-152, *et seq.*, breach of contract, and violation of North Carolina Unfair Competition Law, N.C. Gen. Stat. § 75-1.1, *et seq.*

Based on the parties' stipulation, IT IS FURTHER ORDERED that this Judgment is final and may not be appealed by either party. The Court shall retain jurisdiction for the purposes of construing, modifying, and enforcing this Judgment.

This the ___ day of _____, 2026.

By: _____
United States District Judge

STIPULATED AND AGREED TO:

For Plaintiff Epic Games, Inc.:

_Reginald Davis_____     ___June 22, 2026___
Name: Reginald Davis                                    Date
Title: Epic General Counsel


For Defendant Hayden Cohen:

_____     ___06/18/2026___
                                                                   Date